Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: kfl@slwlaw.com
Email: clb@slwlaw.com

Email: psm@slwlaw.com
*Attorneys for Plaintiffs*
*JPMorgan Chase Bank, N.A.*
*and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GDS FINANCIAL SERVICES, an unknown entity; LEODEGARIO SALVADOR, an individual, SQUIRE VILLAGE AT SILVER SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; GARY MCCALL an individual; DIANA MCCALL, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02451-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Plaintiffs JPMorgan Chase Bank, N.A. ("Chase") and Federal Home Loan Mortgage Corporation ("Freddie Mac") (collectively "Plaintiffs"), by and through their counsel of record, Smith Larsen & Wixom, LLC, and Defendants Gary McCall and Diana McCall (the "McCalls"), in proper person, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the McCalls shall have up to, and including November 29, 2017 to file a response to Plaintiff's Complaint (Doc. 1). This request

for an extension of time to respond to the Complaint is not being made for the purposes of causing any delay, or to prejudice any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case.

SMITH LARSEN & WIXOM

*Christopher L Benner*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Preston S. Mathews, Esq.
Nevada Bar No. 13720
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A and Federal Home Loan Mortgage Corporation

Dated: ~~October~~ NOV 13, 2017

*Diana McCall*
Diana McCall, in proper person
4747 Oak Crest
Fallbrook, California 92028

Dated: October 31, 2017

*Gary McCall*
Gary McCall, in proper person
4747 Oak Crest
Fallbrook, California 92028

Dated: October 31, 2017

## ORDER

**IT IS SO ORDERED**

Dated this 14th day of November, 2017

_____
UNITED STATES MAGISTRATE JUDGE