|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |
| JPMORGAN CHASE BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No. 2:17-cv- 02451-APG-PAL |
| Plaintiffs, | **ORDER DIRECTING JUDGMENT BE ENTERED** |
| v. | |
| GDS FINANCIAL SERVICES, LEODEGARIO SALVADOR, SQUIRE VILLAGE AT SILVER SPRINGS COMMUNITY ASSOCIATION, GARY MCCALL, and DIANA MCCALL, | |
| Defendants. | |

I previously granted the plaintiffs' motion for summary judgment and declared that the deed of trust still encumbers the property located at 5023 Droubay Drive in Las Vegas, Nevada. ECF No. 38. Given this ruling, I directed the parties to file a joint status report regarding what remains of the case. *Id.* at 6. Plaintiffs JPMorgan Chase Bank and Federal Home Loan Mortgage Corporation, along with defendant Squire Village at Silver Springs Community Association, contend nothing remains to adjudicate in this matter because I resolved the quiet title and declaratory relief claims, and the unjust enrichment claim was brought in the alternative but is now moot. ECF No. 39 at 1. These parties also contend there are no claims pending against defendants Gary and Diana McCall, who apparently did not respond to efforts to participate in the status report. *Id.* at 2. Defendant Leodegario Salvador asserts there remain issues to resolve because "the property at bar is excluded from the properties owned by the conservator as the loan is defective," and defective loans "are bought back by the seller of the loan to either Freddie Mac/Fannie Mae. This loan is excluded from the loans that are preempted. It is not listed as owned by both Freddie Mac or Fannie Mae." *Id.* at 2.

/ / / /

1 | I already addressed whether a genuine dispute remains regarding Freddie Mac's ownership interest and Salvador's arguments that the loan was "defective." ECF No. 38 at 4. Consequently, no issues remain to be resolved.

IT IS THEREFORE ORDERED that the clerk of court is instructed to enter a final declaratory judgment in favor of plaintiffs JPMorgan Chase Bank and Federal Home Loan Mortgage Corporation that the homeowners association's non-judicial foreclosure sale conducted on September 26, 2012 did not extinguish Federal Home Loan Mortgage Corporation's interest in the property located at 5023 Droubay Drive in Las Vegas, Nevada, and thus the property is subject to the deed of trust for which JPMorgan Chase Bank, N.A. is the current beneficiary of record.

DATED this 29th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE